UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO SALAS,<br><br>        Petitioner<br><br>        v.<br><br>FOULK, Warden,<br><br>        Respondent. | Case No. CV 14-8152-AG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: March 30, 2017        _____

                                                   ANDREW J. GUILFORD<br>
                                                   UNITED STATES DISTRICT JUDGE